| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2012 to 02/18/2013
### Chapter 13 Case # 09-17883 / MBK

TIMOTHY HOLMAN
27307 CHERRY BLOSSOM CT
LAWRENCEVILLE, NJ  08648

Petition Filed Date: 03/31/2009
341 Hearing Date: 05/14/2009
Confirmation Date: 08/11/2009

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2012 | $204.00 | 5982 | 03/28/2012 | $814.00 | 5998 | 06/20/2012 | $210.00 | 6011 |
| 07/10/2012 | $250.00 | 6014 | 08/14/2012 | $208.00 | 6026 | 11/29/2012 | $204.00 | 54678800 |

**Total Receipts for the Period: $1,890.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,174.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JOHN ZIMNIS, ESQ | Attorney Fees | $2,250.00 | $2,250.00 | $0.00 |
| 1 | NISSAN MOTOR ACCEPTANCE CORP<br>»»  04 NISSAN QUEST | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | PNC BANK | Unsecured Creditors | $15,706.93 | $876.00 | $14,830.93 |
| 3 | PNC BANK<br>»»  P\2nd MTG\19 SABRINA DR | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | SOVEREIGN BANK<br>»»  P\1st MTG\19 SABRINA DR\SV 1/27/10\OUT PER MP | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | SOVEREIGN BANK<br>»»  DUPLICATE OF PACER 4-1\W/D 5/11/09 |  | $0.00 | $0.00 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  WELLS FARGO | Unsecured Creditors | $1,172.66 | $53.83 | $1,118.83 |
| 7 | WELLS FARGO FINANCIAL<br>»»  RAYMOUR & FLANIGAN\CRAM PER 12/16/09 ORD | Secured Creditors | $500.00 | $500.00 | $0.00 |
| 8 | - |  | $0.00 | $0.00 | $0.00 |
| 9 | WELLS FARGO FINANCIAL<br>»»  RAYMOUR & FLANIGAN\CRAM BAL PER 12/16/09 ORD | Unsecured Creditors | $1,710.52 | $95.77 | $1,614.75 |
| 10 | AMERICAN EXPRESS | Unsecured Creditors | $6,165.16 | $330.29 | $5,834.87 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SEARS | Unsecured Creditors | $8,838.27 | $493.48 | $8,344.79 |
| 12 | EAST BAY FUNDING, LLC<br>»»  CHASE/ROUNDUP | Unsecured Creditors | $5,085.31 | $283.93 | $4,801.38 |
| 13 | ECAST SETTLEMENT CORPORATION<br>»»  CHASE | Unsecured Creditors | $18,150.94 | $1,012.29 | $17,138.65 |
| 14 | ECAST SETTLEMENT CORPORATION<br>»»  CHASE | Unsecured Creditors | $7,011.98 | $391.50 | $6,620.48 |
| 15 | ECAST SETTLEMENT CORPORATION<br>»»  CHASE | Unsecured Creditors | $4,583.99 | $255.92 | $4,328.07 |

| | | | | | |
|---|---|---|---|---|---|
| 16 | LVNV FUNDING LLC<br>»»  FIA | Unsecured Creditors | $13,003.96 | $725.22 | $12,278.74 |
| 17 | CAPITAL ONE, NA<br>»»  BEST BUY/HSBC | Unsecured Creditors | $2,275.55 | $122.25 | $2,153.30 |
| 18 | JOHN ZIMNIS, ESQ<br>»»  ORD 12/1/09 | Attorney Fees | $100.00 | $100.00 | $0.00 |
| 19 | JOHN ZIMNIS, ESQ<br>»»  ORD 8/17/10 | Attorney Fees | $100.00 | $100.00 | $0.00 |
| 0 | FILOMENA HOLMEN | Ongoing Support | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through February 18, 2013.

| | | | |
|---|---|---|---|
| Total Receipts: | $8,174.00 | Plan Balance: | $3,949.00 ** |
| Paid to Claims: | $7,590.48 | Current Monthly Payment: | $204.00 |
| Paid to Trustee: | $550.53 | Arrearages: | $1,180.00 |
| Funds on Hand: | $32.99 | Total Plan Base: | $12,123.00 |

**NOTES:**

• **Pay your Trustee payment online!  Go to www.russotrustee.com/epay to learn more.**

• Your case information is available at the National Data Center. Please visit www.13datacenter.com and click on the link for new debtor access.

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**