UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on
**04/03/2013**
by Clerk U.S. Bankruptcy
Court District of New Jersey

In re:
TIMOTHY HOLMAN

Debtors

Case No.: 09-17883

Chapter 13

Hearing Date:

Judge: Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: 04/03/2013**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(page 2)**
Debtor:  Timothy Holman
Case No.:  09-17883 MBK
Caption: Order Granting Supplemental Chapter 13 Fees

      The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

      ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $400 for services rendered and expenses in the amount of $0 for a total of $400. The allowance shall be payable:

      ___x__   through the Chapter 13 Plan as an administrative priority from
               funds on hand
      _____   outside the Plan

      The debtor's monthly Plan is not modified, thus the debtor will continue to pay $204 per month for the remaining months to allow for payment of aforesaid fee.

*Approved by Judge Michael Kaplan April  03, 2013*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 09-17883-MBK
Timothy Holman                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: sfiefhau           Page 1 of 2           Date Rcvd: Apr 03, 2013
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2013.
 db            #+Timothy Holman,   27307 Cherry Blossom Court,   Lawrenceville, NJ 08648-1286

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 05, 2013**                **Signature:** _Joseph Speetjens_

```
District/off: 0312-3          User: sfiefhau              Page 2 of 2                  Date Rcvd: Apr 03, 2013
                              Form ID: pdf903             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2013 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Jennifer   Novick    on behalf of Creditor   Sovereign Bank nj.bkecf@fedphe.com,
           Erika.olsen@fedphe.com
          John   Zimnis    on behalf of Debtor Timothy Holman njbankruptcylaw@aol.com.
          Karina   Velter    on behalf of Creditor   Wells Fargo Financial kvelter@weltman.com,
           kclaeys@weltman.com;agilbert@weltman.com
                                                                                                                                                                                      TOTAL: 4